Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-863

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

**Title of Work:** oil painting on canvas-colorful rooster-modern impressionism

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 15, 2018
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-857

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

**Title of Work:** Oil Painting. Sunflower field. Modern art

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 12, 2020
**Nation of 1ˢᵗ Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-383

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title
___

|  |  |
|---|---|
| **Title of Work:** | Beautiful multicolored peacock. Modern art |

## Completion/Publication
___

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | October 22, 2016 |
| **Nation of 1ˢᵗ Publication:** | Bulgaria |

## Author
___

|  |  |
|---|---|
| • **Author:** | Ivaylo Nikolaev Nikolov |
| **Pseudonym:** | INikolov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |
| **Pseudonymous:** | Yes |

## Copyright Claimant
___

|  |  |
|---|---|
| **Copyright Claimant:** | Ivaylo Nikolaev Nikolov |
|  | Yordan Yovkov, Varna, 3, Bulgaria |

## Rights and Permissions
___

|  |  |
|---|---|
| **Name:** | Ivaylo Nikolaev Nikolov |
| **Email:** | ivo_nikolkow@yahoo.com |
| **Address:** | Yordan Yovkov |
|  | Varna 3 Bulgaria |

## Certification
___

|  |  |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-860

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

**Title of Work:** oil painting on canvas-colorful rooster-modern impressionism II

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 15, 2018
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-598**

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** original oil painting on canvas-autumn landscape-modern impressionism

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 29, 2015
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-378**

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 22, 2025

## Title

**Title of Work:** Original pastel painting on cardboard.Modern painting of a cow

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 28, 2015
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
 **Pseudonym:** INikolov
 **Author Created:** 2-D artwork
 **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-866

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title
_____

**Title of Work:** Original Oil Painting of Poppy Field on Canvas, Modern Impressionism

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** December 04, 2015
**Nation of 1ˢᵗ Publication:** Bulgaria

## Author
_____

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant
_____

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
_____

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification
_____

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Registration Number

## VA 2-452-850

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

**Title of Work:** Original Oil Painting on Canvas. Boats and old town. Modern impressionism

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 26, 2015
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-608

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Original pastel painting. Cow portrait. Modern art

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 10, 2018
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-851

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title
_____

**Title of Work:** portrait of a white horse. Oil painting on canvas. Modern art

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** November 29, 2015
**Nation of 1st Publication:** Bulgaria

## Author
_____

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant
_____

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
_____

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification
_____

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-867

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

## Title
___

**Title of Work:** Original oil painting on canvas. Blue sea and white houses. Modern art

## Completion/Publication
___

**Year of Completion:** 2017
**Date of 1st Publication:** December 15, 2017
**Nation of 1st Publication:** Bulgaria

## Author
___

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant
___

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
___

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification
___

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-865

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

Title of Work: Oil painting on canvas. Sunset over the sea and sailboat. Modern art

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: July 15, 2017
Nation of 1st Publication: Bulgaria

## Author

- Author: Ivaylo Nikolaev Nikolov
  Pseudonym: INikolov
  Author Created: 2-D artwork
  Citizen of: Bulgaria

## Copyright Claimant

Copyright Claimant: Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

Name: Ivaylo Nikolaev Nikolov
Email: ivo_nikolkow@yahoo.com
Address: Yordan Yovkov
Varna 3 Bulgaria

## Certification

Name: David Denholm
Date: April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

# VA 2-452-862

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title
**Title of Work:** Original oil painting of colorful peacock. Modern art

## Completion/Publication
**Year of Completion:** 2017
**Date of 1st Publication:** December 19, 2017
**Nation of 1st Publication:** Bulgaria

## Author
- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant
**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification
**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-606

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Original pastel painting on cardboard. Modern painting bouquet of tulips

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 22, 2015
**Nation of 1ˢᵗ Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-385

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

**Title of Work:** Cow pastel portrait. Modern artwork

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 29, 2021
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-596

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Original oil painting on canvas. Greek scenery, blue sea and white houses

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 04, 2020
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-605

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

## Title
 

**Title of Work:**   Oil Painting landscape - autumn forest, bright red leaves, blue sky

## Completion/Publication
 

**Year of Completion:**   2015
**Date of 1st Publication:**   October 27, 2015
**Nation of 1ˢᵗ Publication:**   Bulgaria

## Author
 

- **Author:**   Ivaylo Nikolaev Nikolov
  **Pseudonym:**   INikolov
  **Author Created:**   2-D artwork
  **Citizen of:**   Bulgaria

## Copyright Claimant
 

**Copyright Claimant:**   Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
 

**Name:**   Ivaylo Nikolaev Nikolov
**Email:**   ivo_nikolkow@yahoo.com
**Address:**   Yordan Yovkov
Varna 3 Bulgaria

## Certification
 

**Name:**   David Denholm
**Date:**   April 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-607

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 23, 2025

## Title
___

**Title of Work:** Original pastel painting. Cow portrait. Modern art II

## Completion/Publication
___

**Year of Completion:** 2019
**Date of 1st Publication:** April 07, 2020
**Nation of 1st Publication:** Bulgaria

## Author
___

- **Author:** Ivaylo Nikolaev Nikolov
  **Pseudonym:** INikolov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant
___

**Copyright Claimant:** Ivaylo Nikolaev Nikolov
Yordan Yovkov, Varna, 3, Bulgaria

## Rights and Permissions
___

**Name:** Ivaylo Nikolaev Nikolov
**Email:** ivo_nikolkow@yahoo.com
**Address:** Yordan Yovkov
Varna 3 Bulgaria

## Certification
___

**Name:** David Denholm
**Date:** April 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-376

**Effective Date of Registration:**
April 04, 2025

**Registration Decision Date:**
July 22, 2025

---

**Title**

               **Title of Work:**  Original pastel painting. Cow portrait. Modern art III

**Completion/Publication**

         **Year of Completion:**  2018
    **Date of 1st Publication:**  December 10, 2018
  **Nation of 1ˢᵗ Publication:**  Bulgaria

**Author**

    •        **Author:**  Ivaylo Nikolaev Nikolov
        **Pseudonym:**  INikolov
    **Author Created:**  2-D artwork
        **Citizen of:**  Bulgaria

**Copyright Claimant**

  **Copyright Claimant:**  Ivaylo Nikolaev Nikolov
                      Yordan Yovkov, Varna, 3, Bulgaria

**Rights and Permissions**

             **Name:**  Ivaylo Nikolaev Nikolov
            **Email:**  ivo_nikolkow@yahoo.com
         **Address:**  Yordan Yovkov
                      Varna 3 Bulgaria

**Certification**

             **Name:**  David Denholm
              **Date:**  April 04, 2025

