IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IVAYLO NIKOLAEV NIKOLOV,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-01589

Judge Sunil R. Harjani

Magistrate Judge Laura K. McNally

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendant |
|---|---|
| 1 | SBKD Inc |

1